# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 16

State of North Dakota,                                         Plaintiff and Appellee

v.

Darrion Deshon Jackson,                                   Defendant and Appellant

## No. 20240234

Appeal from the District Court of Ward County, North Central Judicial District, the Honorable Stacy J. Louser, Judge.

AFFIRMED.

Per Curiam.

Rozanna C. Larson, State's Attorney, Minot, ND, for plaintiff and appellee.

Samuel A. Gereszek, Grand Forks, ND, for defendant and appellant.

**Per Curiam.**

[¶1] Darrion Jackson appeals from a criminal judgment entered after a jury found him guilty of murder and unlawful possession of a firearm. Jackson asserts the evidence was insufficient to support the murder verdict. After reviewing the record, we conclude substantial evidence supports the verdict. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2] Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr